**Order filed January 30, 2020**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00831-CV

———————

## BRIDGET HUNTER, Appellant

V.

## BEL MANDALAY LIMITED PARTNER D/B/A MANDALAY AT SHADOW LAKE, Appellee

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1138391**

## O R D E R

Appellant's brief was due January 21, 2020**.** No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **February 28, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.